**Jasmeet Singh GILL, Petitioner,**

v.

**Peter D. KEISLER,\* Attorney General, Respondent.**

No. 04–73511.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 19, 2007.

Filed Oct. 29, 2007.

Ashwani K. Bhakhri, Esq., Joseph J. Siguenza, Esq., Law Offices of Ashwani K. Bhakhri, Burlingame, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, U.S. Department of Justice Civil Div./Office of Immigration Lit., August E. Flentje, Esq., U.S. Department of Justice Civil Division/Appellate Staff, Washington, DC, for Respondent.

Before: KLEINFELD and RAWLINSON, Circuit Judges, and RESTANI\*\*, Judge.

MEMORANDUM \*\*\*

\*\* The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provid-

Jasmeet Singh Gill petitions for review of the Board of Immigration Appeals' denial of his petition for asylum, withholding of removal and relief under Article 3 of the Convention Against Torture (CAT).

We conclude that substantial evidence supports the Immigration Judge's adverse credibility determination and the consequent denial of asylum and withholding of removal. *See Kaur v. Gonzales*, 418 F.3d 1061, 1067–68 (9th Cir.2005). Because Gill's CAT claim rests on the same testimony rejected by the IJ as not credible, his CAT claim also fails. *See Farah v. Ashcroft*, 348 F.3d 1153, 1157 (9th Cir. 2003).

**PETITION DENIED.**